## TRANSFER OF JURISDICTION

# 09-20005-TP-MORENO/TORRES

DOCKET NUMBER
0104

DOCKET

JAN 7, 2009

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

ELECTRONIC

D.C.

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT<br>District of Puerto Rico | DIVISION<br>US Probation |
|---|---|---|
| Alfredo Cespedes<br><br>Miami, Florida | NAME OF SENTENCING JUDGE<br><br>The Honorable Juan M. Perez-Gimenez, United States District Judge | |

| SD/FL PACTS No. 37872 | DATES OF PROBATION SUPERVISED RELEASE | FROM<br>09/26/07 | TO<br>9/25/2012 |
|---|---|---|---|

**OFFENSE**

Ct. 1 Conspiracy to Possess With Intent to Distribute Cocaine, 21 U.S.C. Section 846(a)

Ct. 2 Aid and Abet, Use and Carry of Firearms during a Commission of Drug Trafficking 18: U.S.C. 924(c)(1)

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

---

UNITED STATES DISTRICT COURT FOR THE District of Puerto Rico

---

**IT IS HEREBY ORDERED** that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Southern District of Florida upon the court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

| 4-16-08 | _Juan M. Perez Gimenez_ |
|---|---|
| Date | United States District Judge |

*This sentence may be deleted in the discretion of the transferring Court

**PART 2 - ORDER ACCEPTING JURISDICTION**

---

UNITED STATES DISTRICT COURT FOR THE___Southern___DISTRICT OF___Florida___

**IT IS HEREBY ORDERED** that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| _Sept. 11, 2008_ | _[signature]_ |
|---|---|
| Effective Date | United States District Judge |

ENTERED ON DOCKET

PURSUANT TO FRAP 4(c)

# UNITED STATES DISTRICT COURT

___FOR THE___   District of ___PUERTO RICO___

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|

**v.**

ALFREDO CESPEDES
aka:  ALFREDITO

**(For Offenses Committed On or After November 1, 1987)**

Case Number: 94-90-4 (PG)

**(Name of Defendant)**

Antonio Bauzá, Esq.
Defendant's Attorney

**THE DEFENDANT:**

[X]   pleaded guilty to count ___one (1) and six (6)_____.

[ ]   was found guilty on counts _____ after a plea of not
guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the
following offenses:

| Tittle & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21:846 & 841(a)(1) | Conspiracy to possess with intent to distribute cocaine. | 4-12-94 | 1 |
| 18: 924(c)(1) | Aid and abet, use and carry of firearms during the commission of a drug trafficking crime. | | 6 |

   The defendant is sentenced as provided in pages 2 through  __4__ of this judgment.  The
sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]   The defendant has been found not guilty on count(s) _____,
and is discharged as to such count(s).

[X]   Counts  _2,3,4,5,7_  are dismissed on the motion of the United States.

[X]   It is ordered that the defendant shall pay a special assessment of $ _50.00, as to each
count for a total of $100.00._

   **IT IS FURTHER ORDERED** that the defendant shall notify the United States attorney for
this district within 30 days of any change of name, residence, or mailing address until all
fines, restitution, cost, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.:

Defendant's Date of Birth: ███-61

Defendant's Mailing Address:

Miami, Florida

Defendant's Residence Address:

__SAME AS ABOVE__

___July 7, 1995___
Date of Imposition of Sentence

_Juan M. Pérez Giménez_
Signature of Judicial Officer

**JUAN M. PÉREZ-GIMENEZ, US District Judge**
Name & Tittle of Judicial Officer

___July 7, 1995___
Date

95 JUL 13 AM 9:47

AO 245 (Rev. 4/90) Sheet 1 - Judgment in a Criminal Case

RECEIVED
U.S. PROBATION OFFICE
PUERTO RICO DISTRICT

Defendant: **ALFREDO CESPEDES**
Case Number:**CR. 94-090-04 (PG)**                    Judgment-Page __2__ of __4__

## IMPRISONMENT

    The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a period of **121 months as to Count One and 60 months as to Count Six to be served consecutive to the term imposed in Count One.**

    Having considered the defendant's financial condition, a fine is not imposed.

[x]   The Court makes the following recommendations to the Bureau of Prisons:
    **that, if at all possible, an institution in the State of Florida or in the South East region of the United States be designated.**

[ ]   The defendant is remanded to the custody of the United States Marshal.
[ ]   The defendant shall surrender to the United States Marshal for this district,

                  a.m.
    [ ]  at _____ p.m. on _____.

    [ ]  as notified by the Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons

    [ ]  before 2 p.m. on _____.

    [ ]  as notified by the United States Marshal.

    [ ]  as notified by the Probation Office.

### RETURN

I have executed this Judgment as follows:

_____
_____
_____
_____

    Defendant delivered on _____ to _____
at _____, with a certified copy of this Judgment.

                             _____
                             United States Marshal

                           By _____
                              Deputy Marshal

                             AO 245 S (3/88) Sheet 2 - Imprisonment

Defendant: **ALFREDO C. ~~DES~~**
Case Number:CR. 94-090-04 (PG)                          Judgment-Page __3__ of__4__

### SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **five (5) years as to Count One and three (3) years as to Count Six to be served concurrently with each other and under the following terms and conditions:**

While on supervised release, the defendant shall not commit another federal, state, or local crime and shall  not illegally possess a controlled substance.  The defendant shall comply with the standard conditions that have been adopted by this court (set forth below).  If this judgment imposes a restitution obligation, it shall be a condition of supervised release that the defendant pay an such restitution that remains unpaid a the commencement of the term of supervised release.  The defendant shall comply with the following additional conditions:

[ ]   The defendant shall report in person to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

[ ]   The defendant shall pay any fines that remain unpaid at the commencement of the term of supervised release.

[X]   The defendant shall not possess a firearm or destructive device.


1.  The defendant shall not commit another Federal, state or local crime, and shall observe the standard conditions of supervised release recommended by the United States Sentencing Commission and adopted by this Court.

2.  The defendant shall not possess any controlled substance, firearm or other dangerous weapon.

3.  If deported or granted voluntary departure, the defendant shall remain outside the United States, and all places subject to its jurisdiction unless prior written permission to reenter is obtained from the pertinent legal authorities and the defendant notifies in writing the probation officer of this Court to that effect.

4.  If allowed to remain in the United States, the defendant shall submit to laboratory testing for substance abuse detection whenever required to do so by the probation officer, and if any such samples detect substance abuse, the defendant shall, at the discretion of the probation officer, participate in a substance abuse treatment program arranged and approved by the probation officer until duly discharged by authorized program personnel with the approval of the probation officer.

5.  The defendant shall participate in a vocation training and/or job placement program recommended by the U. S. Probation Officer.

6.  The defendant shall provide the probation officer access to any financial information upon request.


### STANDARD CONDITIONS

1)   the defendant shall not leave the judicial district without the permission of the court or probation officer;
2)   the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
3)   the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4)   the defendant shall support his or her dependents and meet other family responsibilities;
5)   the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6)   the defendant shall notify the probation officer within 72 hours of any change in residence or employment;
7)   the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
8)   the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9)   the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10)  the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
11)  the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12)  the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13)  as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245 S (Rev. 4/90) Sheet 3 - Supervised Release

Defendant: **ALFREDO CESPEDES**                    Judgment-Page __4__ of __4__
Case Number: **Cr. 94-090-04 (PG)**

## STATEMENT OF REASONS

[X]   The court adopts the factual findings and guideline application in the
      presentence report.

                                    **OR**

[ ]   The court adopts the factual findings and guideline application in the
      presentence report except (see attachment, if necessary):


**Guideline Range Determined by the Court:**

      Total Offense Level:  __30__

      Criminal History Category: __III__

      Imprisonment Range:  __121 TO 151 MONTHS__

      Supervised Release Range:  **of at least four (4) years**

      Fine Range: $15,000.00 to $2,000,000.00

**Count six of the indictment is precluded from the application of the Sentencing
Guidelines since a consecutive 60 months imprisonment term is mandated by statute
to run consecutively to the term in count one (1). A supervised release term as
to this count is from 2 to 3 years.**

[X]   Fine is waived or is below the guideline range, because of the
      defendant's inability to pay.

      Restitution: $ _____

          [ ]   Full restitution is not ordered for the following reason(s):


[ ]   The sentence is within the guideline range, that range does not exceed 24
months, and the court finds no reason to depart from the sentence called for by
application of the guidelines.

                                    **OR**

[x]   The sentence is within the guideline range, that range exceeds 24 months,
      and the sentence is imposed for the following reason(s):

      **Based on this defendant's role in the instant offense and his criminal
history, and since the Criminal History Category of III, the Court considers that
sentence at the bottom end of the guideline range will satisfy the objectives of
sentencing in this case.**


                                    **OR**
The sentence departs from the guideline range

          [ ]   upon motion of the government, as a result of defendant's
                substantial assistance.

          [ ]   for the following reason(s):

                              AO 245 S (Rev. 4/90) Sheet 7 - Statement of Reasons

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
      Plaintiff,

        v.

(1) JOSE A. RIVERO, a/k/a "PEPIN"
  a/k/a "FEFA;"
(2) JIMMY FIGUEROA
(3) CARLOS A.RODRIGUEZ a/k/a
  "CARLOS GUANABACOA;"
(4) ALFREDO CESPEDES a/k/a "ALFREDITO;"
(5) JAIME PRIETO SILVA;
(6) ROBERTO FERNANDEZ COLLADA
  a/k/a "ROBERT;"
(7) LUIS EGUZQUIZA a/k/a "LUIS EL GORDO";
(8) RIGOBERTO VALDES a/k/a "RIGO;"
(9) JOSE BOLIVAR MEDINA ACOSTA
  a/k/a "BOLIVAR;"
(10) EDWIN RAMOS DAVILA;
(11) HECTOR NOEL RAMOS DAVILA;
(12) JUAN A. GONZALEZ a/k/a "TATEO;"
(13) LUZ RAQUEL HERNANDEZ BATISTA;
(14) GABRIEL GOMEZ BUENO a/k/a "COQUI;"
(15) OMAR PEREZ a/k/a "SECRETARIO;"
(16) CARLOS ALVARADO ENCARNACION;
(17) RAMON ALVARADO ENCARNACION;
  Defendants

:   I N D I C T M E N T

:   CRIMINAL NO. 94-90(PG)

:   TITLE 21, UNITED STATES
:   CODE, SECTIONS 841(a)(1)
:   846, 952, 960, 963 AND
:   TITLE 18, UNITED
:   STATES CODE, SECTIONS
:   2, 3, 924(c)(1), 1001

(TEN COUNTS)



THE GRAND JURY CHARGES:

## COUNT ONE

Beginning on or about the month of July 1993 and continuing up to and until the date of the return of this indictment, in San Juan, Fajardo, Humacao, Naguabo, Yabucoa, in the District of Puerto Rico; Miami and Hialleah, Florida; Venezuela and Colombia, South America; and elsewhere within the jurisdiction of this Court, the defendants herein:

**JOSE A. RIVERO, a/k/a "PEPIN" a/k/a "FEFA;"**
**JIMMY FIGUEROA;**
**CARLOS A.RODRIGUEZ a/k/a "CARLOS GUANABACOA;"**
**ALFREDO CESPEDES a/k/a "ALFREDITO;"**

Indictment
Criminal No. 94-
Page No. 2

JAIME PRIETO SILVA;
ROBERTO FERNANDEZ COLLADA a/k/a "ROBERT;"
LUIS EGUZQUIZA a/k/a "LUIS EL GORDO;"
"RIGOBERTO VALDES a/k/a "RIGO;"
JOSE BOLIVAR MEDINA ACOSTA a/k/a "BOLIVAR;"
EDWIN RAMOS DAVILA;
HECTOR NOEL RAMOS DAVILA;
JUAN A. GONZALEZ a/k/a "TATEO";
"LUZ RAQUEL HERNANDEZ BATISTA;
GABRIEL GOMEZ BUENO a/k/a "COQUI;"
OMAR PEREZ a/k/a "SECRETARIO;"

and GELIO HERNANDEZ and OSLIRIO HERNANDEZ (unindicted herein) and others known and unknown to the Grand Jury, did unlawfully, intentionally, willfully, and knowingly, conspire, combine, confederate, and agree together and with each other to possess with intent to distribute amounts of cocaine, a Schedule II narcotic drug controlled substance, which amounts of cocaine exceeded Five Hundred (500) kilograms and amounts of marihuana a Schedule I controlled substance, which amounts of marihuana exceeded One Thousand (1,000) kilograms, all in violation of Title 21, United States Code, Sections 841 (a)(1) and 846.

## OBJECTS OF CONSPIRACY

The objects of said conspiracy were, among others:

1. To recruit and maintain a group of individuals with special skills and equipment to facilitate the importation of narcotics in the United States.

2. To avoid detection by governmental authorities of the organization's activities by using nicknames, placing properties under third parties, and purchasing special vehicles, vessels and equipment.

Indictment
Criminal No. 94-
Page No. 3

    3.  To import large amounts of controlled substances into Puerto Rico and Florida, for distribution.

**OVERT ACTS**

    In furtherance of the conspiracy, the co-conspirators committed, among others, the following Overt Acts:

    1. On or about July 1993, JOSE A. RIVERO a/k/a "PEPIN" a/k/a "FEFA", hired OSLIRIO HERNANDEZ to participate in a drug smuggling venture.

    2. On or about July 1993, JOSE A. RIVERO a/k/a "PEPIN" a/k/a "FEFA," OSLIRIO HERNANDEZ and another person known to the Grand Jury travelled from Miami, Florida, to Venezuela and Colombia, South America, where they were met by RIGOBERTO VALDES a/k/a "RIGO" and another person with the purpose of making arrangements with narcotics suppliers for the importation of large shipments of controlled substances into the United States.

    3. Sometime after August 17, 1993, JOSE A. RIVERO a/k/a "PEPIN" a/k/a "FEFA" recruited GELIO HERNANDEZ ACOSTA, to assist in a drug smuggling venture of approximately Two Hundred Fifty (250) kilograms of cocaine to be picked from the ocean in a specific location off the North of Cuba.

    4. Sometime after the date referred to in Overt Act number three (3), LUIS EGUZQUIZA a/k/a "LUIS EL GORDO," and OSLIRIO HERNANDEZ, following JOSE A. RIVERO a/k/a "PEPIN" a/k/a "FEFA"'s instructions, delivered to GELIO HERNANDEZ a 30' Wellcraft Scarab vessel, to be used in the drug smuggling venture.

Indictment
Criminal No. 94-
Page No. 4

    5. During the early part of October 1993, OSLIRIO HERNANDEZ was contacted in Miami, Florida, by ALFREDO CESPEDES a/k/a "ALFREDITO", and GABRIEL GOMEZ BUENO a/k/a "COQUI," to plan the receipt of approximately One Hundred Eighty (180) kilograms of cocaine that JOSE A. RIVERO a/k/a "PEPIN" a/ka "FEFA," had stored in Puerto Rico and was going to send to Miami, Florida.

    6. During mid October 1993, ALFREDO CESPEDES a/k/a "ALFREDITO", GABRIEL GOMEZ BUENO a/k/a "COQUI," OMAR PEREZ a/k/a "SECRETARIO," and OSLIRIO HERNANDEZ picked up a load of approximately One Hundred and Seventy Nine (179) kilograms of cocaine from a warehouse in Miami, Florida, and took it to a horse farm where they retrieved the kilograms of cocaine from boxes of shampoo in which they had been hidden.  The co-conspirators then proceeded to distribute the cocaine in Miami, Florida.

    7. The proceeds of this operation were distributed among the co-conspirators, namely: ALFREDO CESPEDES a/k/a "ALFREDITO", LUIS EGUZQUIZA a/k/a "LUIS EL GORDO", CARLOS A. RODRIGUEZ a/k/a "CARLOS GUANABACOA", OMAR PEREZ a/k/a "SECRETARIO", JOSE A. RIVERO a/k/a "PEPIN" a/k/a "FEFA", OSLIRIO HERNANDEZ, and others.

    8. On or about November 13, 1993, ALFREDO CESPEDES a/k/a "ALFREDITO" and OSLIRIO HERNANDEZ travelled from Miami, Florida, to Puerto Rico to assist JOSE A. RIVERO a/k/a "PEPIN" a/k/a "FEFA" in a drug smuggling venture.

Indictment
Criminal No. 94-
Page No. 5

9. On November 13, 1993, at apartment #10 in Condado
Mansiones 1 Building, San Juan, Puerto Rico, JOSE A. RIVERO a/k/a
"PEPIN" a/k/a "FEFA," CARLOS A. RODRIGUEZ a/k/a "CARLOS
GUANABACOA," LUIS EGUZQUIZA a/k/a "LUIS EL GORDO," JOSE BOLIVAR
MEDINA ACOSTA a/k/a "BOLIVAR," ALFREDO CESPEDES a/k/a
"ALFREDITO," and OSLIRIO HERNANDEZ PEREZ met to discuss the
smuggling of a load of approximately Three Thousand (3,000)
pounds of marihuana.

10. On or about November 14, 1993, JOSE A. RIVERO a/k/a
"PEPIN" a/k/a "FEFA" gave JOSE BOLIVAR MEDINA ACOSTA a/k/a
"BOLIVAR," six hundred dollars ($600.00) in cash to purchase
gasoline and gasoline drums for the vessel to be used during the
drug smuggling venture.

11. On or about November 15, 1993, JOSE A. RIVERO a/k/a
"PEPIN" a/k/a "FEFA," LUIS EGUZQUIZA a/k/a "LUIS EL GORDO,"
CARLOS A. RODRIGUEZ a/k/a "CARLOS GUANABACOA," ALFREDO CESPEDES
a/k/a "ALFREDITO," ROBERTO FERNANDEZ COLLADA a/k/a "ROBERT," and
JAIME PRIETO SILVA travelled to Yabucoa, Puerto Rico, where they
met JIMMY FIGUEROA and EDWIN RAMOS DAVILA to make arrangements
for the importation into Puerto Rico of a load of marihuana, that
evening.

12. During the above mentioned meeting JIMMY FIGUEROA
distributed several firearms among the co-conspirators to be used
during the marihuana smuggling venture.

Indictment
Criminal No. 94-
Page No. 6

13. On or about November 15 and November 16, 1993,
individuals mentioned in Overt Act number 11 waited to offload a
shipment of marihuana at the mouth of Humacao River in Humacao,
Puerto Rico, that JOSE BOLIVAR MEDINA ACOSTA a/k/a "BOLIVAR," and
JUAN A. GONZALEZ a/k/a"TATEO" were supposed to bring in a vessel,
but were unable to do so for reasons against their will and
control.

14. On or about November 17, 1993, JOSE A. RIVERO a/k/a
"PEPIN" a/k/a "FEFA" gave JOSE BOLIVAR MEDINA ACOSTA a/k/a
"BOLIVAR," another six hundred dollars ($600.00) for gasoline and
other expenses related to the vessel to be used in the drug
smuggling venture.

15. On or about November 17, 1993, CARLOS A. RODRIGUEZ a/k/a
"CARLOS GUANABACOA" suggested to the co-conspirators that GELIO
HERNANDEZ ACOSTA be used for this smuggling operation as a boat
captain, whereupon, he travelled from Miami, Florida, to Puerto
Rico to participate in the drug smuggling enterprise.

16. Subsequent to GELIO HERNANDEZ ACOSTA's arrival in Puerto
Rico, JOSE A. RIVERO a/k/a "PEPIN" a/k/a "FEFA," CARLOS A.
RODRIGUEZ a/k/a "CARLOS GUANABACOA" and GELIO HERNANDEZ ACOSTA
went to the Fajardo area to have GELIO HERNANDEZ ACOSTA join JOSE
BOLIVAR MEDINA ACOSTA a/k/a "BOLIVAR," and JUAN A. GONZALEZ a/k/a
"TATEO" in the vessel that was going to retrieve the marihuana
load in the high seas.

15, 16, 7-18
went to me
nouth for
marihuana

Indictment
Criminal No. 94-
Page No. 7

17. On November 17, 1993, LUZ RAQUEL HERNANDEZ BATISTA informed the group mentioned in Overt Act number Sixteen (16) that JOSE BOLIVAR MEDINA ACOSTA a/k/a "BOLIVAR," and JUAN A. GONZALEZ a/k/a "TATEO" had already departed to get the load of marihuana.

18. That evening, JOSE A. RIVERO a/k/a "PEPIN" a/k/a "FEFA," JIMMY FIGUEROA, CARLOS A. RODRIGUEZ a/k/a "CARLOS GUANABACOA," GELIO HERNANDEZ ACOSTA, LUIS EGUZQUIZA a/k/a "LUIS EL GORDO," ALFREDO CESPEDES a/k/a "ALFREDITO," JAIME PRIETO SILVA, ROBERTO FERNANDEZ COLLADA, a/k/a "ROBERT," EDWIN RAMOS DAVILA, and OSLIRIO HERNANDEZ went to the mouth of the Humacao River in Humacao, Puerto Rico, to wait for the load of marihuana, but the same never arrived.

19. At the mouth of the Humacao River, Humacao, Puerto Rico, JIMMY FIGUEROA provided several firearms to be used by the co-conspirators during the offloading of the marihuana.

20. On November 18, 1993, following instructions of JOSE A. RIVERO a/k/a "PEPIN" a/k/a "FEFA," JOSE BOLIVAR MEDINA ACOSTA a/k/a "BOLIVAR," GELIO HERNANDEZ ACOSTA and another individual left on a vessel to try to locate a mother ship with the shipment of marihuana but were unsuccessful in their attempt. During this time JOSE A. RIVERO a/k/a "PEPIN" a/k/a "FEFA," JIMMY FIGUEROA, LUIS EGUZQUIZA a/k/a "LUIS EL GORDO," ALFREDO CESPEDES a/k/a "ALFREDITO," JAIME PRIETO SILVA, ROBERTO FERNANDEZ COLLADA a/k/a "ROBERT," EDWIN RAMOS DAVILA, CARLOS A. RODRIGUEZ a/k/a "CARLOS

Indictment
Criminal No. 94-
Page No. 8

GUANABACOA," and OSLIRIO HERNANDEZ were waiting to offload the
shipment of marihuana at the mouth of the Humacao River in
Humacao, Puerto Rico.

21. On November 19, 1993, after the unsuccessful attempt to
find the mother ship with the load of marihuana, LUZ RAQUEL
HERNANDEZ BATISTA picked up JOSE BOLIVAR MEDINA ACOSTA a/k/a
"BOLIVAR," GELIO HERNANDEZ ACOSTA and another individual and took
them to her home where they met other co-conspirators.

21. After the unsuccessful attempts to import the shipment of
marihuana, JOSE A. RIVERO a/k/a "PEPIN" a/k/a "FEFA," made
arrangements with narcotics supplier in Colombia, South America
for the importation of a load of cocaine into Puerto Rico.

22. Sometime between November 19, 1993, and November 24,
1993, JOSE A. RIVERO a/k/a "PEPIN" a/k/a "FEFA" called GABRIEL
GOMEZ BUENO a/k/a "COQUI," so he would facilitate a vessel that
he had at Alvarado Boats, Inc., in Dorado, Puerto Rico, to be
used in the cocaine smuggling venture.

23. On November 24, 1993. JOSE A. RIVERO a/k/a "PEPIN" a/k/a
"FEFA" made arrangements with a person known to the Grand Jury to
register the vessel under that person's name to avoid that any of
the co-conspirators be identified as the owner of the vessel.

24. On November 24, 1993, CARLOS ALVARADO ENCARNACION and
RAMON ALVARADO ENCARNACION, owners of Alvarado Boats, Inc.,
created a false bill of sale to give the impression that an
actual sale of the vessel mentioned in Overt Act number 22 had

<u>Indictment</u>
Criminal No. 94-
Page No. 9

occurred, when in fact no financial transaction had taken place. The creation of the false bill of sale also had the purpose of facilitating the registration of the vessel in the Department of Natural Resources of the Commonwealth of Puerto Rico under a name different than its real owner's name.

25. On November 27, 1993, JOSE A. RIVERO a/k/a "PEPIN" a/k/a "FEFA," JIMMY FIGUEROA, CARLOS A. RODRIGUEZ a/k/a "CARLOS GUANABACOA," JAIME PRIETO SILVA, ROBERTO FERNANDEZ COLLADA, a/k/a "ROBERT," ALFREDO CESPEDES a/k/a "ALFREDITO," LUIS EGUZQUIZA a/k/a "LUIS EL GORDO," RIGOBERTO VALDES a/k/a "RIGO," EDWIN RAMOS DAVILA, HECTOR NOEL RAMOS DAVILA a/k/a "NOEL," GELIO HERNANDEZ ACOSTA, OSLIRIO HERNANDEZ PEREZ, and another person met at a chalet house in Yabucoa, Puerto Rico, to make plans for the importation into Puerto Rico of six hundred (600) kilograms of cocaine through the mouth of the Humacao River in Humacao, Puerto Rico.

26. On November 27, 1993, JOSE BOLIVAR MEDINA ACOSTA a/k/a "BOLIVAR," JUAN A. GONZALEZ a/k/a "TATEO," GELIO HERNANDEZ ACOSTA, OSLIRIO HERNANDEZ PEREZ, and another person arrived in two vessels at a specific location in the ocean seventy (70) miles South of Puerto Rico to wait for the airdrop of twenty (20) bales of cocaine from an aircraft.

27. During the same period of time mentioned in the above mentioned overt act, JOSE A. RIVERO a/k/a "PEPIN" a/k/a "FEFA," JIMMY FIGUEROA, ALFREDO CESPEDES a/k/a "ALFREDITO," CARLOS A.

Indictment
Criminal No. 94-
Page No. 10

RODRIGUEZ a/k/a "CARLOS GUANABACOA," LUIS EGUZQUIZA a/k/a "LUIS
EL GORDO," JAIME PRIETO SILVA, RIGOBERTO VALDES a/k/a "RIGO,"
HECTOR NOEL RAMOS DAVILA, and EDWIN RAMOS DAVILA, while in
possession of several firearms, were waiting to offload a
shipment of approximately six hundred twenty nine (629) kilograms
of cocaine at the mouth of the Humacao River in Humacao, Puerto
Rico.

28. During the same period of time mentioned in Overt Act
number 26, ROBERTO FERNANDEZ COLLADA a/k/a "ROBERT," and another
person were at the chalet house in Yabucoa, Puerto Rico,
monitoring a radio in order to coordinate the communications
between the narcotics supplier, the aircraft, the vessels and the
offloading crew.

29. During the early morning hours of November 28, 1993, JOSE
BOLIVAR MEDINA ACOSTA a/k/a "BOLIVAR," JUAN A. GONZALEZ a/k/a
"TATEO," OSLIRIO HERNANDEZ PEREZ, GELIO HERNANDEZ ACOSTA, and
another person picked up approximately twenty (20) bales of
cocaine from the ocean as they were dropped by an aircraft but
were unable to bring them to the mouth of the Humacao River where
the offloading crew was waiting, insofar as GELIO HERNANDEZ and
OSLIRIO HERNANDEZ PEREZ were intercepted by law enforcement
authorities.

30. On November 28, 1993 JOSE A. RIVERO, a/k/a, "PEPIN",
a/k/a "FEFA," and JIMMY FIGUEROA instructed a person known to the

Indictment
Criminal No. 94-
Page No. 11

Grand Jury to report stolen the vessel in which GELIO HERNANDEZ
ACOSTA and OSLIRIO HERNANDEZ PEREZ were apprehended.

31. During several days after November 28, 1993, the co-
conspirators engaged in various conversations in an attempt to
avoid their identification as members of this conspiracy by law
enforcement authorities.

32. On or about December 8, 1993, CARLOS ALVARADO ENCARNACION
and RAMON ALVARADO ENCARNACION lied to federal law enforcement
officers as to the sale and ownership of the vessel used by GELIO
HERNANDEZ ACOSTA and OSLIRIO HERNANDEZ PEREZ during the
importation of approximately six hundred twenty nine (629)
kilograms of cocaine on November 28, 1993.

33.  Counts II through X, inclusive, of this indictment, are
incorporated by reference herein and designated as Overt Acts of
this conspiracy.

All the foregoing acts, among others, were committed by the
co-conspirators during, and in furtherance of the conspiracy and
in violation of Title 21, United States Code, Sections 846 and
841(a)(1).

### COUNT II

On or about mid October 1993, in the District of Puerto Rico
and Miami, Florida, within the jurisdiction of this Court, the
defendants herein:

> JOSE A. RIVERO a/k/a "PEPIN" a/k/a "FEFA;"
> CARLOS A. RODRIGUEZ a/k/a "CARLOS GUANABACOA;"
> ALFREDO CESPEDES a/k/a "ALFREDITO;"

Indictment
Criminal No. 94-
Page No. 12

LUIS EGUZQUIZA a/k/a "LUIS EL GORDO;"
OMAR PEREZ a/k/a "SECRETARIO;"
GABRIEL GOMEZ BUENO a/k/a "COQUI"

and others known and unknown to the Grand Jury, aiding and

abetting each other, willfully, knowingly, unlawfully, and

intentionally possessed with intent to distribute approximately

One Hundred and Seventy Nine (179) Kilograms (gross weight) of

cocaine, a Schedule II, Narcotic Drug Controlled Substance, all

in violation of Title 21, United States Code, Section 841(a)(1),

and Title 18, United States Code, Section 2.

## COUNT III

Between on or about November 15 and November 20, 1993 at

Humacao, Puerto Rico, District of Puerto Rico, and within the

jurisdiction of this Court, the defendants herein:

JOSE A. RIVERO, a/k/a "PEPIN"a/k/a "FEFA;"
JIMMY FIGUEROA;
CARLOS A.RODRIGUEZ a/k/a "CARLOS GUANABACOA;"
ALFREDO CESPEDES a/k/a "ALFREDITO;"
JAIME PRIETO SILVA;
ROBERTO FERNANDEZ COLLADA  a/k/a "ROBERT;"
LUIS EGUZQUIZA a/k/a "LUIS EL GORDO;"
JOSE BOLIVAR MEDINA ACOSTA a/k/a "BOLIVAR;"
JUAN A. GONZALEZ a/k/a "TATEO;"
EDWIN RAMOS DAVILA;

and others known and unknown to the Grand Jury did unlawfully,

willfully, knowingly and intentionally attempt to import into the

United States from a place outside thereof approximately three

thousand (3,000) pounds of marihuana, a Schedule I controlled

substance, which the above mentioned defendants were unable to do

for reasons against their will and control; all in violation of

Indictment
Criminal No. 94-
Page No. 13


Title 21 United States Code Sections 952, 960, 963 and Title 18
United States Code Section 2.

COUNT IV

Between on or about November 15 and November 20, 1993 at
Humacao, Puerto Rico, District of Puerto Rico, and within the
jurisdiction of this Court, the defendants herein:

JOSE A. RIVERO, a/k/a "PEPIN"a/k/a "FEFA;"<br>
JIMMY FIGUEROA;<br>
CARLOS A.RODRIGUEZ a/k/a "CARLOS GUANABACOA;"<br>
ALFREDO CESPEDES a/k/a "ALFREDITO;"<br>
JAIME PRIETO SILVA;<br>
ROBERTO FERNANDEZ COLLADA a/k/a "ROBERT;"<br>
LUIS EGUZQUIZA a/k/a "LUIS EL GORDO;"<br>
EDWIN RAMOS DAVILA;

and others known and unknown to the Grand Jury, aiding and
abetting each other, did unlawfully, intentionally, willfully,
and knowingly, during the commission of a drug trafficking crime,
that is the attempt to import into the United States from a place
outside thereof, approximately three thousand (3,000) pounds of
marihuana, in violation of Title 21, United States Code, Sections
952, 960, 963 and Title 18 United States Code Section 2, use and
carry firearms, all in violation of Title 18, United States Code
Section 924 (c) (1), and Title 18 United States Code Section 2.

COUNT V

On or about November 27, 1993, at Humacao, Puerto Rico,
District of Puerto Rico, and within the jurisdiction of this
Court, the defendants herein:

JOSE A. RIVERO, a/k/a "PEPIN"a/k/a "FEFA;"<br>
JIMMY FIGUEROA;

Indictment
Criminal No. 94-
Page No. 14

CARLOS A.RODRIGUEZ a/k/a "CARLOS GUANABACOA;"
ALFREDO CESPEDES a/k/a "ALFREDITO;"
JAIME PRIETO SILVA;
ROBERTO FERNANDEZ COLLADA a/k/a "ROBERT;"
LUIS EGUZQUIZA a/k/a "LUIS EL GORDO;"
RIGOBERTO VALDES a/k/a "RIGO;"
GABRIEL GOMEZ BUENO; a/k/a "COQUI"
JOSE BOLIVAR MEDINA ACOSTA a/k/a "BOLIVAR;"
JUAN A. GONZALEZ a/k/a "TATEO;"
LUZ RAQUEL HERNANDEZ BATISTA;
EDWIN RAMOS DAVILA;
HECTOR NOEL RAMOS DAVILA

and others known and unknown to the Grand Jury, aiding and
abetting each other, did unlawfully, willfully, knowingly and
intentionally import into the United States from a place outside
thereof approximately six hundred and twenty nine (629) kilograms
(gross weight) of cocaine, a Schedule II narcotic drug controlled
substance, all in violation of Title 21 United States Code,
Section 952 and 960; and Title 18 United States Code Section 2.

## COUNT VI

On or about November 27, 1993 at Humacao Puerto Rico,
District of Puerto Rico and within the jurisdiction of this
Court,the defendants herein:

JOSE A. RIVERO, a/k/a "PEPIN"
a/k/a "FEFA;"
JIMMY FIGUEROA;
CARLOS A.RODRIGUEZ a/k/a   "CARLOS GUANABACOA;"
ALFREDO CESPEDES a/k/a "ALFREDITO;"
JAIME PRIETO SILVA;
ROBERTO FERNANDEZ COLLADA
a/k/a "ROBERT;"
LUIS EGUZQUIZA a/k/a "LUIS EL GORDO;"
RIGOBERTO VALDES a/k/a "RIGO;"
EDWIN RAMOS DAVILA;
HECTOR NOEL RAMOS DAVILA,

Indictment
Criminal No. 94-
Page No. 15

and others known and unknown to the Grand Jury, aiding and

abetting each other, did unlawfully, intentionally, willfully,

and knowingly during the commission of a drug trafficking crime,

that is the importation of approximately Six Hundred and Twenty

Nine (629) kilograms (gross weight) of cocaine, a Schedule II,

Narcotic Drug Controlled Substance, in violation of Title 21,

United States Code, Sections 952, 960 and Title 18, United States

Code, Section 2, use and carry firearms in violation of Title 18,

United States Code Section 924 (c) (1), and Title 18 United

States Code Section 2.

## COUNT VII

On or about November 28, 1993, at Humacao, Puerto Rico,

District of Puerto Rico and within the jurisdiction of this

Court, the defendant herein:

> JOSE A. RIVERO, a/k/a "PEPIN" a/k/a "FEFA;"
> JIMMY FIGUEROA;
> CARLOS A.RODRIGUEZ a/k/a "CARLOS GUANABACOA;"
> ALFREDO CESPEDES a/k/a "ALFREDITO;"
> JAIME PRIETO SILVA;
> ROBERTO FERNANDEZ COLLADA a/k/a "ROBERT;"
> LUIS EGUZQUIZA a/k/a "LUIS EL GORDO;"
> RIGOBERTO VALDES a/k/a "RIGO;"
> GABRIEL GOMEZ BUENO; a/k/a "COQUI;"
> JOSE BOLIVAR MEDINA ACOSTA a/k/a "BOLIVAR;"
> JUAN A. GONZALEZ a/k/a "TATEO;"
> LUZ RAQUEL HERNANDEZ BATISTA;
> EDWIN RAMOS DAVILA;
> HECTOR NOEL RAMOS DAVILA;

and others known and unknown to the Grand Jury, aiding and

abetting each other, willfully, knowingly, unlawfully, and

intentionally possessed with intent to distribute approximately

Indictment
Criminal No. 94-
Page No. 16

six hundred and <u>twenty nine (629) kilograms (gr</u>oss weight) of

cocaine, a Schedule II, Narcotic Drug Controlled Substance, all

in violation of Title 21, United States Code, Section 841(a)(1),

and Title 18, United States Code, Section 2.

**COUNT VIII**

On or about December 10, 1993, at Dorado, Puerto Rico,

District of Puerto Rico, and within the jurisdiction of this

Court, the defendant herein,

**CARLOS ALVARADO ENCARNACION**

knowingly and willfully made false, fictitious and fraudulent

material statements and representations in a matter within the

jurisdiction of the Drug Enforcement Administration and the

United States Customs Service, agencies of the United States of

America; to wit, the defendant provided false information to the

Drug Enforcement Administration and United States Customs Service

agents, at Alvarado's Boats Inc., Dorado, Puerto Rico pertaining

to the sale of the boat described in Overt Acts 23 and 24 of

Count I of this Indictment, which is incorporated herein by

reference, that is:  (1) that the original owner of the aforesaid

boat was German Gomez Bueno, when in truth and in fact, the

defendant then well knew, that the owner was Gabriel Gomez Bueno,

a/k/a "Coqui;" (2) that a payment of eight thousand ($8,000.)

dollars in twenty dollar bills had been made by Jose A. Santiago

Jimenez to purchase the aforesaid boat, when in truth and in

fact, the defendant then well knew, that no money was received;

Indictment
Criminal No. 94-
Page No. 17

(3) that Jose A. Santiago Jimenez had removed the boat from
Alvarado's Boat yard when in truth and in fact, the defendant
then well knew, that his brother Ramon Alvarado Encarnacion had
removed the boat, all of these in violation of Title 18, United
States Code, Section 1001.

### COUNT IX

On or about December 10, 1993, at Dorado, Puerto Rico,
District of Puerto Rico, and within the jurisdiction of this
Court, the defendant herein,

### RAMON ALVARADO ENCARNACION

knowingly and willfully made false, fictitious and fraudulent
material statements and representations in a matter within the
jurisdiction of the Drug Enforcement Administration and the
United States Customs Service, agencies of the United States of
America; to wit, the defendant provided false information to the
Drug Enforcement Administration and United States Customs Service
agents, at Alvarado's Boats Inc., Dorado, Puerto Rico pertaining
to the sale of the boat described in Overt Acts 23 and 24 of
Count I of this Indictment, which is hereby incorporated by
reference, that is: (1) that he did not remember anything
pertaining to the sale and purchase of the aforesaid boat, when
in truth and in fact, the defendant then well knew, that he had
participated in said transaction and then well knew all the
details pertaining to the same; (2) That the defendant did not
know whose vehicle was used to remove the boat from Alvarado's

Indictment
Criminal No. 94-
Page No. 18

Boat yard when in truth and in fact the defendant then well knew

that he had towed said boat from Alvarado's boat yard to San Juan

Bay.  All in violation of Title 18, United States Code, Section

1001.

### COUNT X

On or about November 29, 1993 in the District of Puerto Rico

and within the jurisdiction of this Court,

**CARLOS ALVARADO ENCARNACION and**
**RAMON ALVARADO ENCARNACION,**

the defendants herein, aiding and abetting each other, knowingly

and willfully then knowing that an offense against the United

States had been comitted, that is, the conspiracy described in

Count I of this Indictment, which is incorporated herein by

reference, did assist the offenders, that is the individuals

named in Count I of this Indictment, in order to hinder and

prevent their apprehension, trial and punishment.  All in

violation of Title 18, United States Code, Sections 3 and 2.

TRUE BILL

FOREPERSON

GUILLERMO GIL          4/6/94
United States Attorney

Jorge E. Vega-Pacheco
Assistant U.S. Attorney
Chief, Criminal Division

Silvia Carreño Coll
Assistant U.S. Attorney

Dated:  April 6, 1994

CLOSED, FRC

# United States District Court
## District of Puerto Rico (San Juan)
## CRIMINAL DOCKET FOR CASE #: 3:94-cr-00090-PG-4

Case title: USA v. Rivero, et al

Date Filed: 04/06/1994
Date Terminated: 07/07/1995

Assigned to: Juan M Perez-Gimenez

### Defendant (4)

**Alfredo Cespedes**
*TERMINATED: 07/12/1995*
*also known as*
Alfredito

represented by **Antonio Bauza-Torres**
Cond. Le Mans
602 Munoz Rivera Suite 402
Hato Rey , PR 00918
787-751-1774
Fax: 787-751-1774
Email: bauza@coqui.net
*TERMINATED: 07/12/1995*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: CJA Appointment

**Gabriel Hernandez-Rivera**
Law Offices of Gabriel Hernandez
Rivera
PO Box19018
San Juan , PR 00910-1018
787-721-5797
Fax: 787-723-0846
Email:
gabhernandez_law@hotmail.com
*TERMINATED: 07/12/1995*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: CJA Appointment

### Pending Counts

21:846 CONSPIRACY TO POSSESS
WITH INTENT TO DISTRIBUTE
COCAINE AND MARIHUANA
(1)

### Disposition

Impr for a term of 121 months as to ct 1
and 60 months as to ct 6 to be served
CONSECUTIVE to the term imposed
in ct 1. SRT of 5 yrs as to ct 1 & 3 yrs
as to ct 6 to be served concurrently w/ea

other. SMA of $100.00

Impr for a term of 121 months as to ct 1
and 60 months as to ct 6 to be served
CONSECUTIVE to the term imposed
in ct 1. SRT of 5 yrs as to ct 1 & 3 yrs
as to ct 6 to be served concurrently w/ea
other. SMA of $100.00

18:924(c)(1); 18:2 A/A USE AND
CARRY FIREARMS DURING A
DRUG-TRAFFICKING OFFENSE
(6)

## Highest Offense Level (Opening)

Felony

| Terminated Counts | Disposition |
|---|---|
| 21:841(a)(1); 18:2 A/A POSSESS WITH INTENT TO DISTRIBUTE APPROXIMATELY 179 KILOS OF COCAINE (2) | Dismissed |
| 21:952, 960, 963; 18:2 A/A ATTEMPT TO IMPORT APPROXIMATELY 3,000 POUNDS OF MARIHUANA SCHEDULE I NDCS (3) | Dismissed |
| 18:924(c)(1); 2 A/A USE AND CARRY FIREARMS DURING A DRUG-TRAFFICKING OFFENSE (4) | Dismissed |
| 21:952, 960; 18:2 A/A IMPORT APPROXIMATELY 629 KILOS OF COCAINE SCHEDULE II NDCS (5) | Dismissed |
| 21:841(a)(1); 18:2 A/A POSSESS WITH INTENT TO DISTRIBUTE APPROXIMATELY 629 KILOS OF COCAINE SCHEDULE II NDCS (7) | Dismissed |

## Highest Offense Level (Terminated)

Felony

| Complaints | Disposition |
|---|---|
| None | |

## Interested Party

**US Pretrial Services**

**Interested Party**
**US Probation Officer**

**Plaintiff**

**USA**                                    represented by  **Francisco A. Ojeda-Diez**
P. R. Department of Justice - Federal
Litigation
PO Box 9020192
San Juan , PR 00902-0192
787-721-5636 / 721-8010
Fax: 787-723-9188
Email: fojeda@justicia.gobierno.pr
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Guillermo A. Gil-Bonar**
United States Attorneys Office, District
of Puerto Rico
Torre Chardon Suite 1201
350 Chardon Ave
San Juan , PR 00918
787-282-1815
Fax: 787-766-6222
Email: guillermo.gil@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Silvia L. Carreno-Coll**
United States Attorneys Office, District
of Puerto Rico
Torre Chardon Suite 1201
350 Chardon Ave
San Juan , PR 00918
787-282-1933
Fax: 787-766-6222
Email: silvia.carreno@usdoj.gov
*TERMINATED: 12/18/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/06/1994 | 1 | INDICTMENT as to Jose A. Rivero (1) count(s) 1, 2, 3, 4, 5, 6, 7, Jimmy Figueroa (2) count(s) 1, 3, 4, 5, 6, 7, Carlos A. Rodriguez (3) count(s) 1, 2, 3, |

| | | |
|---|---|---|
| | | 4, 5, 6, 7, Alfredo Cespedes (4) count(s) 1, 2, 3, 4, 5, 6, 7, Jaime Prieto-Silva (5) count(s) 1, 3, 4, 5, 6, 7, Roberto Fernandez-Collada (6) count(s) 1, 3, 4, 5, 6, 7, Luis Eguzquiza (7) count(s) 1, 2, 3, 4, 5, 6, 7, Rigoberto Valdes (8) count (s) 1, 5, 6, 7, Jose Bolivar Medina-Acosta (9) count(s) 1, 3, 5, 7, Edwin Ramos-Davila (10) count(s) 1, 3, 4, 5, 6, 7, Hector Noel Ramos-Davila (11) count(s) 1, 5, 6, 7, Juan A. Gonzalez (12) count(s) 1, 3, 5, 7, Luz Raquel Hernandez-Batista (13) count(s) 1, 5, 7, Gabriel Gomez-Bueno (14) count(s) 1, 2, 5, 7, Omar Perez (15) count(s) 1, 2, Carlos Alvarado-Encarnacion (16) count(s) 8, 10, Ramon Alvarado-Encarnacion (17) count(s) 9, 10 (U.S. Attorney Guillermo A. Gil-Bonar, Silvia L. Carreno-Coll) (ma) (Entered: 04/14/1994) |
| 04/06/1994 | 2 | Minute entry as to Jose A. Rivero, Jimmy Figueroa, Carlos A. Rodriguez, Alfredo Cespedes, Jaime Prieto-Silva, Roberto Fernandez-Collada, Luis Eguzquiza, Rigoberto Valdes, Jose Bolivar Medina-Acosta, Edwin Ramos-Davila, Hector Noel Ramos-Davila, Juan A. Gonzalez, Luz Raquel Hernandez-Batista, Gabriel Gomez-Bueno, Omar Perez, Carlos Alvarado-Encarnacion, Ramon Alvarado-Encarnacion : GJ return of indictment. W/A to be issued. ( Mag Judge Jesus A. Castellanos ) (ma) (Entered: 04/15/1994) |
| 04/06/1994 | | ARREST WARRANT issued as to Jose A. Rivero, Jimmy Figueroa, Carlos A. Rodriguez, Alfredo Cespedes, Jaime Prieto-Silva, Roberto Fernandez-Collada, Luis Eguzquiza, Rigoberto Valdes, Jose Bolivar Medina-Acosta, Edwin Ramos-Davila, Hector Noel Ramos-Davila, Juan A. Gonzalez, Luz Raquel Hernandez-Batista, Gabriel Gomez-Bueno, Omar Perez, Carlos Alvarado-Encarnacion, Ramon Alvarado-Encarnacion (ma) (Entered: 04/15/1994) |
| 04/12/1994 | 8 | MOTION by USA as to Alfredo Cespedes to detain without bail pending detention hrg. (ma) (Entered: 04/18/1994) |
| 04/13/1994 | | ARREST of Alfredo Cespedes, Luis Eguzquiza, Rigoberto Valdes, Gabriel Gomez-Bueno in Southern District of Florida (ma) (Entered: 05/06/1994) |
| 04/18/1994 | | **Set magistrate flag. JA calendar. (ma) (Entered: 04/18/1994) |
| 04/18/1994 | 48 | NOTICE OF APPEAL of Conditions of Release as to Alfredo Cespedes, Luis Eguzquiza, Rigoberto Valdes, Gabriel Gomez-Bueno by USA (ma) Modified on 04/25/1994 (Entered: 04/25/1994) |
| 04/21/1994 | 66 | MINUTES of Setting as to Alfredo Cespedes, Luis Eguzquiza, Rigoberto Valdes, Gabriel Gomez-Bueno : Defts will have a removal hrg in Florida on 4/22/94. By order of the Crt, set Arraignment for 9:30 4/29/94 for Alfredo Cespedes, for Luis Eguzquiza, for Rigoberto Valdes, for Gabriel Gomez-Bueno before Judge Perez-Gimenez (Clerk) (ma) (Entered: 04/25/1994) |
| 04/25/1994 | | **Setting Judge flag. PG calendar (mots 69 thru 72; 48) (ma) (Entered: 04/25/1994) |
| 04/29/1994 | 86 | Minute entry as to Alfredo Cespedes, Luis Eguzquiza, Rigoberto Valdes, Gabriel Gomez-Bueno : Arraignment not held. Defts are still in Miami. reset Arraignment for 10:00 5/6/94 for Alfredo Cespedes, for Luis Eguzquiza, for Rigoberto Valdes, for Gabriel Gomez-Bueno ( Judge Juan M. Perez-Gimenez ) (su) (Entered: 05/04/1994) |
| | | |

| 05/04/1994 | | Initial appearance as to Alfredo Cespedes, Luis Eguzquiza, Rigoberto Valdes, Gabriel Gomez-Bueno held before Magistrate Judge Justo Arenas Arraignment set for 9:00 5/6/94 for Alfredo Cespedes, for Luis Eguzquiza, for Rigoberto Valdes, for Gabriel Gomez-Bueno ; Detention Hearing set for 10:00 5/6/94 for Alfredo Cespedes, for Luis Eguzquiza, for Rigoberto Valdes, for Gabriel Gomez-Bueno (Defendant informed of rights.) (ma) (Entered: 05/06/1994) |
|---|---|---|
| 05/04/1994 | 87 | Minute entry as to Alfredo Cespedes, Luis Eguzquiza, Rigoberto Valdes, Gabriel Gomez-Bueno : Initial appearance held. Defts are U/C. ( Magistrate Judge Justo Arenas ) (ma) (Entered: 05/06/1994) |
| 05/04/1994 | 88 | ORDER OF TEMPORARY DETENTION as to Alfredo Cespedes, Luis Eguzquiza, Rigoberto Valdes, Gabriel Gomez-Bueno ( Signed by Magistrate Judge Justo Arenas ) (ma) (Entered: 05/06/1994) |
| 05/04/1994 | 90 | CJA 23 FINANCIAL AFFIDAVIT by Alfredo Cespedes ORDER (JA) Approved. (ma) (Entered: 05/06/1994) |
| 05/05/1994 | 93 | CJA 20 as to Alfredo Cespedes : Appointment of Attorney Gabriel Hernandez-Rivera Voucher # 0403288 (Clerk) (ma) (Entered: 05/06/1994) |
| 05/06/1994 | 99 | Minute entry as to Alfredo Cespedes : Detention hrg held. After hrg the pts but subject to confirmation that outstanding warrant from Minnesota has been quashed, Bond set to $100,000 cash or secured for Alfredo Cespedes. Pts supervision, curfew 10PM-5AM, urinalysis & travel restricted to Miami & PR ( Magistrate Judge Justo Arenas ) (ma) (Entered: 05/06/1994) |
| 05/06/1994 | | Detention hearing as to Alfredo Cespedes held before Magistrate Judge Justo Arenas (ma) (Entered: 05/06/1994) |
| 05/06/1994 | | Arraignment as to Alfredo Cespedes, Luis Eguzquiza, Rigoberto Valdes, Gabriel Gomez-Bueno held before Magistrate Judge Justo Arenas (ma) (Entered: 05/06/1994) |
| 05/06/1994 | 101 | Minute entry as to Alfredo Cespedes : Arraignment held. PONG ent'd as to cts 1 thru 7. Deft is U/C. ( Magistrate Judge Justo Arenas ) (ma) (Entered: 05/06/1994) |
| 05/06/1994 | | **Set magistrate flag. Mot #87 re #65 ref to JA. (ma) (Entered: 05/06/1994) |
| 05/19/1994 | | **Setting Judge flag. (su) (Entered: 05/19/1994) |
| 05/31/1994 | | **Setting Judge flag. (su) (Entered: 05/31/1994) |
| 06/07/1994 | | **Setting Judge flag. (su) (Entered: 06/07/1994) |
| 06/09/1994 | 148 | Rule 40 Documents as to Alfredo Cespedes, Luis Eguzquiza, Rigoberto Valdes, Gabriel Gomez-Bueno received from Southern District of Florida (su) (Entered: 06/13/1994) |
| 06/14/1994 | 155 | ARREST WARRANT Returned Executed as to Alfredo Cespedes on 4/13/94 (su) (Entered: 06/15/1994) |
| 06/21/1994 | 176 | MINUTES of Setting as to ALL DEFENDANTS except codefts 1,3,6,9 and 15 |

| | | set Status Conference for 9:00 6/23/94 before Judge Juan M. Perez-Gimenez (su) Modified on 08/17/1994 (Entered: 06/22/1994) |
|---|---|---|
| 06/22/1994 | | **Setting Judge flag. Vols 1 & 2. (su) (Entered: 06/22/1994) |
| 06/23/1994 | | Status conference as to ALL DEFENDANTS except as to codefts 1,3,6,9 & 15 held before Judge Juan M. Perez-Gimenez (su) Modified on 08/17/1994 (Entered: 06/27/1994) |
| 06/23/1994 | 180 | Minute entry as to ALL DEFENDANTS except codefts 1,3,6,9 & 15. Second Status Conf held. set Additional Discovery Motion Filing deadline to 7/15/94 for all defts except codefts 1,3,6,9 & 15 , set Jury Trial for all defts except codefts 1,3,6,9 & 15, 9:00 9/19/94 before Judge Juan M. Perez-Gimenez ( Judge Juan M. Perez-Gimenez ) (su) Modified on 08/17/1994 (Entered: 06/27/1994) |
| 06/27/1994 | | **Setting Judge flag. Vol 2 (su) (Entered: 06/27/1994) |
| 07/01/1994 | 186 | MOTION by Alfredo Cespedes, pro se discovery of information bearing on creadibility of the government witnesses (su) (Entered: 07/06/1994) |
| 07/01/1994 | 187 | MOTION by Alfredo Cespedes to interview gvmts informats (su) (Entered: 07/06/1994) |
| 07/05/1994 | 188 | MOTION by Alfredo Cespedes for reduction of bail (dkt #99) (su) (Entered: 07/06/1994) |
| 07/05/1994 | 189 | Informative Motion by Alfredo Cespedes re: discovery (su) (Entered: 07/14/1994) |
| 07/08/1994 | 190 | Informative Motion by Alfredo Cespedes thru atty re: on motion filed by deft pro se (su) (Entered: 07/11/1994) |
| 07/13/1994 | | ENDORSED ORDER as to Alfredo Cespedes denying [187-1] motion to interview gvmts informats. Deft has not been allowed to proceed Pro-Se. [186-1] motion discovery of information bearing on creadibility of the government witnesses Noted. ( Entered by Judge Juan M. Perez-Gimenez ) (su) (Entered: 07/14/1994) |
| 07/13/1994 | | ENDORSED ORDER as to Alfredo Cespedes [188-1] motion for reduction of bail (dkt #99) referred to Magistrate Judge Justo Arenas for his initial consideration ( Entered by Judge Juan M. Perez-Gimenez ) (su) (Entered: 07/14/1994) |
| 07/13/1994 | | ENDORSED ORDER as to Alfredo Cespedes [189-1] motion information Noted. as to Alfredo Cespedes (4) ( Entered by Judge Juan M. Perez-Gimenez ) (su) (Entered: 07/14/1994) |
| 07/13/1994 | | ENDORSED ORDER as to Alfredo Cespedes [190-1] motion information Noted. as to Alfredo Cespedes (4) ( Entered by Judge Juan M. Perez-Gimenez ) (su) (Entered: 07/14/1994) |
| 07/21/1994 | | **Setting Judge flag. (su) (Entered: 07/21/1994) |
| 07/28/1994 | 199 | RESPONSE by USA as to Alfredo Cespedes in opposition to [188-1] motion |

| | | for reduction of bail (dkt #99) (su) (Entered: 07/29/1994) |
|---|---|---|
| 08/09/1994 | 206 | Minute entry as to Alfredo Cespedes : granting [188-1] motion for reduction of bail (dkt #99) as to Alfredo Cespedes (4), REDUCE Bond reset to $50,000 unsecured, w/condition that deft is to place no liens upon his residence in Florida while this case is pending for Alfredo Cespedes. ( Magistrate Judge Justo Arenas ) (su) (Entered: 08/10/1994) |
| 08/11/1994 | 209 | APPEARANCE BOND entered by Alfredo Cespedes in Amount $ 50,000 unsecured (Originals in Vault) (su) (Entered: 08/12/1994) |
| 08/11/1994 | 210 | ORDER Setting Conditions of Release as to Alfredo Cespedes [8-1] motion to detain without bail pending detention hrg. Bond reset to $50,000 unsecured for Alfredo Cespedes. Curfew from 10:00pm to 5:00am ( Signed by Magistrate Judge Justo Arenas ) (Original in Vault) S/C: AUSA, USM, PTS, USPO, DFT (su) (Entered: 08/12/1994) |
| 09/01/1994 | | **Set magistrate flag. JA for calendar (su) (Entered: 09/07/1994) |
| 09/02/1994 | 228 | Informative Motion by Alfredo Cespedes re: probable calendar conflict (su) (Entered: 09/07/1994) |
| 09/08/1994 | 232 | MOTION SUBMITTING Report pertaining to deft Julio Figueroa-Romero's health, w/attchs by USA (su) (Entered: 09/09/1994) |
| 09/12/1994 | | **Setting Judge flag. (su) (Entered: 09/12/1994) |
| 09/14/1994 | 241 | Informative Motion by US Pretrial Services as to Alfredo Cespedes re: bail violation and req issuance of arret warrant (su) (Entered: 09/15/1994) |
| 09/19/1994 | | ENDORSED ORDER as to Alfredo Cespedes granting [241-1] motion information Warrant issues.( Entered by Magistrate Judge Justo Arenas ) (su) (Entered: 09/23/1994) |
| 09/20/1994 | | ARREST WARRANT issued as to Alfredo Cespedes (su) (Entered: 09/23/1994) |
| 09/23/1994 | | **Setting Judge flag. (su) (Entered: 09/23/1994) |
| 10/06/1994 | 287 | US Marshal Return of Order dated 09/19/94 (dkt #287 executed on 09/20/94 (su) (Entered: 10/11/1994) |
| 10/12/1994 | | Mot #288 sent to JA as per Judge instruction (su) (Entered: 10/12/1994) |
| 10/13/1994 | | MOt #289 ref to JA (su) (Entered: 10/13/1994) |
| 10/20/1994 | | **Setting Judge flag. (su) (Entered: 10/20/1994) |
| 11/07/1994 | | ENDORSED ORDER as to Alfredo Cespedes mooting [228-1] motion information as to Alfredo Cespedes (4) ( Entered by Judge Juan M. Perez-Gimenez ) (su) (Entered: 11/08/1994) |
| 11/07/1994 | | ENDORSED ORDER as to Alfredo Cespedes mooting [231-1] motion information as to Carlos A. Rodriguez (3) ( Entered by Judge Juan M. Perez-Gimenez ) (su) (Entered: 11/08/1994) |
| | | |

| 11/07/1994 | 298 | MOTION by USA as to all defts except defts 3,6,9 & 15 for setting of a Status Conference (su) Modified on 11/14/1994 (Entered: 11/08/1994) |
| 11/08/1994 | | **Setting Judge flag. (Vol 4 only) (su) (Entered: 11/08/1994) |
| 11/23/1994 | | **Set magistrate flag to ADC. (np) (Entered: 11/23/1994) |
| 12/09/1994 | | **Setting Judge flag. (su) (Entered: 12/09/1994) |
| 12/15/1994 | | **Setting Judge flag. (su) (Entered: 12/15/1994) |
| 12/22/1994 | | ENDORSED ORDER as to Jose A. Rivero, Julio Figueroa-Romero, Alfredo Cespedes, Jaime Prieto-Silva, Rigoberto Valdes, Edwin Ramos-Davila, Hector Noel Ramos-Davila, Ramon Ortega-Medina, Carlos Alvarado-Encarnacion, Ramon Alvarado-Encarnacion mooting [298-1] motion for setting of a Status Conference ( Entered by Judge Juan M. Perez-Gimenez ) (su) (Entered: 12/28/1994) |
| 12/22/1994 | 348 | MINUTES of Setting as to Jose A. Rivero, Julio Figueroa-Romero, Carlos A. Rodriguez, Alfredo Cespedes, Roberto Fernandez-Collada, Rigoberto Valdes, Jose Bolivar Medina-Acosta, Edwin Ramos-Davila, Hector Noel Ramos-Davila, Omar Perez :, set Status Conference for 9:00 1/11/95 before Judge Juan M. Perez-Gimenez (Clerk) (su) (Entered: 12/28/1994) |
| 12/28/1994 | | **Setting Judge flag. (Vol 4) (su) (Entered: 12/28/1994) |
| 12/28/1994 | 350 | MOTION by Alfredo Cespedes to designate evidence (su) (Entered: 01/04/1995) |
| 12/28/1994 | 351 | RESPONSE by USA as to Alfredo Cespedes re [350-1] motion to designate evidence (su) (Entered: 01/04/1995) |
| 01/04/1995 | | **Setting Judge flag. (su) (Entered: 01/04/1995) |
| 01/05/1995 | | ENDORSED ORDER as to Alfredo Cespedes denying [350-1] motion to designate evidence. Deft must file his motion thru his cnsl of record.( Entered by Judge Juan M. Perez-Gimenez ) (su) (Entered: 01/09/1995) |
| 01/05/1995 | | ENDORSED ORDER as to Alfredo Cespedes [351-1] motion response Noted. as to Alfredo Cespedes (4) ( Entered by Judge Juan M. Perez-Gimenez ) (su) (Entered: 01/09/1995) |
| 01/09/1995 | | **Setting Judge flag. (su) (Entered: 01/09/1995) |
| 01/09/1995 | 357 | Informative Motion by Alfredo Cespedes re: that deft inf cnsl Gabriel Hernandez that he was going to file a mot for him to w/d representation (su) (Entered: 01/10/1995) |
| 01/10/1995 | | **Setting Judge for Calendar (su) (Entered: 01/10/1995) |
| 01/11/1995 | | Status conference as to all defts held before Judge Juan M. Perez-Gimenez (su) (Entered: 01/18/1995) |
| 01/11/1995 | 359 | Minute entry as to Jose A. Rivero, Julio Figueroa-Romero, Alfredo Cespedes, Rigoberto Valdes, Edwin Ramos-Davila, Hector Noel Ramos-Davila : Status Conf held. [358-1] motion information Noted. as to Jose A. Rivero (1), [352- |

| | | |
|---|---|---|
| | | 1] motion information Noted. as to Julio Figueroa-Romero (2), mooting [349-1] opposition response as to Edwin Ramos-Davila (10). Gvmt inf that deft Julio Figueroa is due in PR today. A hearing under 4244 will be scheduled. Deft Cespedes was arrested & is back in MDC. Deft Figueroa renews his mot for Gigglio, Jenks, etc, as to any new cooperating individual. Gvmt answers that there is none. set Dispositive Motion Filing deadline to 3/6/95 for Jose A. Rivero, for Julio Figueroa-Romero, for Alfredo Cespedes, for Rigoberto Valdes, for Edwin Ramos-Davila, for Hector Noel Ramos-Davila , and set Jury Trial for 9:00 4/3/95 for Jose A. Rivero, for Julio Figueroa-Romero, for Alfredo Cespedes, for Rigoberto Valdes, for Edwin Ramos-Davila, for Hector Noel Ramos-Davila before Judge Juan M. Perez-Gimenez ( Judge Juan M. Perez-Gimenez ) (su) (Entered: 01/18/1995) |
| 01/18/1995 | | **Remove judge flag. (su) (Entered: 01/18/1995) |
| 01/18/1995 | | Case ref to Courtroom deputy for setting of a hearing under 4244 as to codeft Julio Figueroa (su) (Entered: 01/18/1995) |
| 01/25/1995 | 368 | MOTION by Atty Gabriel Hernandez-Rivera as to Alfredo Cespedes for Hearing on mot for substitution of counsel (su) (Entered: 02/03/1995) |
| 01/26/1995 | 369 | MOTION by Alfredo Cespedes, pro se for Gabriel Hernandez to Withdraw as Attorney , and for Reappointment of Counsel (su) (Entered: 02/03/1995) |
| 01/27/1995 | 370 | Informative Motion by Alfredo Cespedes re: material produced by gvmt at deft's cnsl req (su) (Entered: 02/03/1995) |
| 02/03/1995 | | **Setting Judge flag. (su) (Entered: 02/03/1995) |
| 02/03/1995 | 375 | MOTION by Alfredo Cespedes to join discovery req made by all other defts (su) (Entered: 02/06/1995) |
| 02/08/1995 | 377 | Informative Motion by cnsl Gabriel Hernandez as to Alfredo Cespedes re: docs req by deft has been delivered to him (su) (Entered: 02/09/1995) |
| 02/13/1995 | | ENDORSED ORDER as to Alfredo Cespedes granting [370-1] motion information as to Alfredo Cespedes (4) ( Entered by Judge Juan M. Perez-Gimenez ) (su) (Entered: 02/14/1995) |
| 02/13/1995 | | ENDORSED ORDER as to Alfredo Cespedes granting [375-1] motion to join discovery req made by all other defts as to Alfredo Cespedes (4) ( Entered by Judge Juan M. Perez-Gimenez ) (su) (Entered: 02/14/1995) |
| 02/13/1995 | | ENDORSED ORDER as to Alfredo Cespedes [377-1] motion information Noted. as to Alfredo Cespedes (4) ( Entered by Judge Juan M. Perez-Gimenez ) (su) (Entered: 02/14/1995) |
| 02/13/1995 | 379 | MOTION by Alfredo Cespedes, pro se for Gabriel Hernandez to Withdraw as Attorney , and to request permission to file pretrial motion pro se (su) (Entered: 02/14/1995) |
| 02/14/1995 | | **Setting Judge flag. (su) (Entered: 02/14/1995) |
| 02/14/1995 | 380 | MINUTES of Setting as to Alfredo Cespedes :, Motion Hearing set for 9:00 2/21/95 for Alfredo Cespedes for [369-2] motion for Reappointment of |

| | | |
|---|---|---|
| | | Counsel, set for 9:00 2/21/95 for Alfredo Cespedes for [368-1] motion for Hearing on mot for substitution of counsel Judge Juan M. Perez-Gimenez (su) (Entered: 02/16/1995) |
| 02/15/1995 | | ENDORSED ORDER as to Alfredo Cespedes [379-1] motion for Gabriel Hernandez to Withdraw as Attorney Noted. as to Alfredo Cespedes (4), [379-2] motion to request permission to file pretrial motion pro se Noted. as to Alfredo Cespedes (4) ( Entered by Judge Juan M. Perez-Gimenez ) (su) (Entered: 02/16/1995) |
| 02/17/1995 | 385 | MINUTES of Setting as to Jose A. Rivero, Julio Figueroa-Romero, Alfredo Cespedes, Jaime Prieto-Silva, Rigoberto Valdes, Edwin Ramos-Davila, Hector Noel Ramos-Davila :, set Status Conference for 9:30 2/24/95 before Judge Juan M. Perez-Gimenez (Clerk) (su) (Entered: 02/21/1995) |
| 02/21/1995 | 389 | RESPONSE by cnsl Gabriel Hernandez as to Alfredo Cespedes' "pro-se" deft's informative motion dated 02/06/95 (su) (Entered: 02/22/1995) |
| 02/22/1995 | 390 | ARREST WARRANT Returned Executed as to Alfredo Cespedes on 11/22/94 (su) (Entered: 03/02/1995) |
| 02/24/1995 | | Status conference as to Jose A. Rivero, Julio Figueroa-Romero, Alfredo Cespedes, Jaime Prieto-Silva, Rigoberto Valdes, Edwin Ramos-Davila, Hector Noel Ramos-Davila held before Judge Juan M. Perez-Gimenez (su) (Entered: 03/07/1995) |
| 02/24/1995 | 395 | Minute entry as to Jose A. Rivero, Julio Figueroa-Romero, Alfredo Cespedes, Jaime Prieto-Silva, Rigoberto Valdes, Edwin Ramos-Davila, Hector Noel Ramos-Davila : Further Status Conf held. Deft Figueroa has retained Dr. Jose Villanueva, a psychiatrist. Court is to be advised when Dr. Villanueva completes hsi report on deft's mental examination so we may set the hearing. Discovery was discussed. ( Judge Juan M. Perez-Gimenez ) (su) (Entered: 03/07/1995) |
| 03/06/1995 | 399 | MOTION by USA as to Jose A. Rivero, Julio Figueroa-Romero, Alfredo Cespedes, Rigoberto Valdes, Edwin Ramos-Davila, Hector Noel Ramos-Davila for Reciprocal Discovery (su) (Entered: 03/07/1995) |
| 03/06/1995 | 399 | NOTICE OF INTENT to Call Witness(es) Re: Alibi by USA as to Jose A. Rivero, Julio Figueroa-Romero, Alfredo Cespedes, Rigoberto Valdes, Edwin Ramos-Davila, Hector Noel Ramos-Davila (su) (Entered: 03/07/1995) |
| 03/22/1995 | 415 | URGENT MOTION by Alfredo Cespedes requesting the issuance of the neccesary summons & pay for the costs of transportation of witnesses for deft (su) (Entered: 03/28/1995) |
| 03/23/1995 | | ENDORSED ORDER as to Alfredo Cespedes [389-1] motion information Noted. as to Alfredo Cespedes (4) ( Entered by Judge Juan M. Perez-Gimenez ) (su) (Entered: 03/27/1995) |
| 03/23/1995 | | ENDORSED ORDER as to Jose A. Rivero, Julio Figueroa-Romero, Alfredo Cespedes, Rigoberto Valdes, Edwin Ramos-Davila, Hector Noel Ramos-Davila granting [399-1] notice witness as to Jose A. Rivero (1), Julio Figueroa-Romero (2), Alfredo Cespedes (4), Rigoberto Valdes (8), Edwin |

| | | |
|---|---|---|
| | | Ramos-Davila (10), Hector Noel Ramos-Davila (11), granting [399-1] motion for Reciprocal Discovery as to Jose A. Rivero (1), Julio Figueroa-Romero (2), Alfredo Cespedes (4), Rigoberto Valdes (8), Edwin Ramos-Davila (10), Hector Noel Ramos-Davila (11) ( Entered by Judge Juan M. Perez-Gimenez ) (su) (Entered: 03/27/1995) |
| 03/23/1995 | 411 | MOTION by Alfredo Cespedes to join defts' Figueroa & Rivero mot req additional discovery (su) (Entered: 03/28/1995) |
| 03/23/1995 | 412 | MOTION by Alfredo Cespedes under Rule 12 (su) (Entered: 03/28/1995) |
| 03/28/1995 | | **Setting Judge flag. (Vol 4) (su) (Entered: 03/28/1995) |
| 03/30/1995 | | Vol 3 sent to Law Clerk (su) (Entered: 03/30/1995) |
| 03/31/1995 | 422 | Informative Motion by Alfredo Cespedes re: witnesses list (su) (Entered: 04/04/1995) |
| 04/03/1995 | 425 | Minute entry as to Jose A. Rivero, Julio Figueroa-Romero, Alfredo Cespedes, Rigoberto Valdes, Edwin Ramos-Davila, Hector Noel Ramos-Davila :, reset Jury Trial for 9:00 4/5/95 before Judge Juan M. Perez-Gimenez ( Judge Juan M. Perez-Gimenez ) (su) (Entered: 04/04/1995) |
| 04/05/1995 | 435 | Plea Agreement as to Alfredo Cespedes (su) (Entered: 04/06/1995) |
| 04/05/1995 | | Change of Plea Hearing as to Alfredo Cespedes held before Judge Juan M. Perez-Gimenez (su) (Entered: 04/06/1995) |
| 04/05/1995 | | PLEA of Guilty: Alfredo Cespedes (4) count(s) 1, 6 ; Court accepts plea. (su) (Entered: 04/06/1995) |
| 04/05/1995 | 436 | Minute entry as to Alfredo Cespedes : COP held. POG entered as to cts 1 & 6; granting [435-1] plea as to Alfredo Cespedes (4), set Sentencing for 9:30 7/7/95 for Alfredo Cespedes . PSR is ordered. Deft to remain under custody ( Judge Juan M. Perez-Gimenez ) (su) (Entered: 04/06/1995) |
| 04/06/1995 | | **Setting File flag. (su) (Entered: 04/06/1995) |
| 04/25/1995 | | **Setting Judge flag. (Vol 5) (su) (Entered: 04/25/1995) |
| 04/25/1995 | 447 | CJA 20 Authorization to pay Gabriel Hernandez-Rivera for defendant Alfredo Cespedes , Amount: $ 5,872.96 Voucher # 0403288 ( Signed by Judge Juan M. Perez-Gimenez ) (su) (Entered: 05/01/1995) |
| 05/22/1995 | | **Set magistrate flag. JAC dkt #448 (su) (Entered: 05/22/1995) |
| 05/24/1995 | | **Setting File flag. (su) (Entered: 05/24/1995) |
| 05/26/1995 | 449 | MOTION by Alfredo Cespedes to request laboratory evaluations & medical certificate to be performed on deft for the obtaining of marriage licence as req by PR law (su) (Entered: 05/31/1995) |
| 06/05/1995 | | ENDORSED ORDER as to Alfredo Cespedes granting [449-1] motion to request laboratory evaluations & medical certificate to be performed on deft for the obtaining of marriage licence as req by PR law as to Alfredo Cespedes (4) ( Entered by Judge Juan M. Perez-Gimenez ) (su) (Entered: 06/06/1995) |

| 06/06/1995 | | **Setting File flag. (su) (Entered: 06/06/1995) |
|---|---|---|
| 06/29/1995 | | **Setting Judge flag. (Vol 5, Calendar) (su) (Entered: 06/29/1995) |
| 07/06/1995 | | **Setting Judge flag. (Entered: 07/06/1995) |
| 07/07/1995 | | Sentencing held before Judge Juan M. Perez-Gimenez Alfredo Cespedes (4) count(s) 1, 6 (su) (Entered: 07/13/1995) |
| 07/07/1995 | | DISMISSAL of Count(s) on Government Motion as to Alfredo Cespedes Terminated motions [369-1] motion for Gabriel Hernandez to Withdraw as Attorney as to Alfredo Cespedes (4) Counts Dismissed: Alfredo Cespedes (4) count(s) 2, 3, 4, 5, 7 (su) (Entered: 07/13/1995) |
| 07/07/1995 | 474 | Minute entry as to Alfredo Cespedes : Sentence held as to cts 1 & 6. Remaining cts are dismissed. ( Judge Juan M. Perez-Gimenez ) (su) (Entered: 07/13/1995) |
| 07/12/1995 | 477 | JUDGMENT Alfredo Cespedes (4) count(s) 1, 6 . Impr for a term of 121 months as to ct 1 and 60 months as to ct 6 to be served CONSECUTIVE to the term imposed in ct 1. SRT of 5 yrs as to ct 1 & 3 yrs as to ct 6 to be served concurrently w/ea other. SMA of $100.00 , Alfredo Cespedes (4) count(s) 2, 3 , 4 , 5 , 7 . Dismissed ( Signed by Judge Juan M. Perez-Gimenez ) (su) (Entered: 07/13/1995) |
| 07/13/1995 | | **Setting File flag. (su) (Entered: 07/13/1995) |
| 07/18/1995 | 485 | NOTICE OF APPEAL by Alfredo Cespedes (4) count(s) 1, 6 FILING FEE $ pending Appeal record due on 7/28/95 for Alfredo Cespedes from [477-1] judgment order Transcript Order Form furnished to appellant. (su) (Entered: 07/20/1995) |
| 08/01/1995 | 492 | ORDER as to Jose A. Rivero, Julio Figueroa-Romero, Alfredo Cespedes, Rigoberto Valdes, Edwin Ramos-Davila, Hector Noel Ramos-Davila; By Order of the the Judge, PSR is returned to USPO. (Clerk) 08/01/95 Acknowledge receipt of PSR, by USPO. (su) (Entered: 08/02/1995) |
| 08/11/1995 | | Certified and transmitted record on appeal to U.S. Court of Appeals as to Jose A. Rivero, Julio Figueroa-Romero, Alfredo Cespedes : [486-1] appeal, [485-1] appeal, [481-1] appeal (su) (Entered: 08/14/1995) |
| 09/13/1995 | 503 | Judgment Returned Executed as to Alfredo Cespedes ; on 8/24/95 (su) (Entered: 09/14/1995) |
| 11/08/1995 | 511 | COPY of Manager's Check from Central Hispano P.R. no. 528738 payable to Maria M. Valdes in the amt of $5,291.38 and Check no. 528737 payable to Clerk USDC in the amt of $32.38 (mr) (Entered: 11/17/1995) |
| 11/17/1995 | 512 | MOTION by Atty Antonio Bazan for Alfredo Cespedes to request issuance of voucher (mr) (Entered: 11/20/1995) |
| 11/17/1995 | 513 | MOTION SUBMITTING transcript of sentencing hrg for Luis Eguzquiza by Court Report Boabdil Vazquetelles (mr) (Entered: 11/20/1995) |
| 01/05/1996 | | ENDORSED ORDER as to Alfredo Cespedes granting [512-1] motion to |

| | | |
|---|---|---|
| | | request issuance of voucher as to Alfredo Cespedes (4) ( Entered by Judge Juan M. Perez-Gimenez ) (mr) (Entered: 01/08/1996) |
| 01/08/1996 | | Vol. V referred to Lida for issuance of voucher (mr) (Entered: 01/08/1996) |
| 02/28/1996 | | **Set magistrate flag to JAC (Vols. 1-4). (mr) (Entered: 02/28/1996) |
| 03/05/1996 | | Vol. V referred to Courtroom Deputy. (mr) (Entered: 03/05/1996) |
| 04/19/1996 | 528 | MOTION by Alfredo Cespedes to request Court's finding as to atty's appointment to continue his legal representation at the Court of Appeals (mr) (Entered: 04/23/1996) |
| 05/13/1996 | 530 | CJA 20 as to Alfredo Cespedes : Appointment of Attorney Antonio Bauza. Voucher # 0818015 (Clerk) (np) (Entered: 05/14/1996) |
| 07/17/1996 | 538 | TRANSCRIPT filed in case as to Alfredo Cespedes for sentencing hrg held on 7/7/95 (mr) (Entered: 07/18/1996) |
| 01/10/1997 | 547 | CJA 20 Authorization to pay Antonio Bauza-Torres for defendant Alfredo Cespedes , Amount: $ 3,226.00 Voucher # 0818015 ( Signed by Judge Juan M. Perez-Gimenez ) (mr) (Entered: 01/14/1997) |
| 06/02/1997 | 548 | Printed OPINION from USCCA dated 5/21/97 re: [486-1] appeal by Jose A. Rivero, [485-1] appeal by Alfredo Cespedes, [481-1] appeal by Julio Figueroa-Romero as to Jose A. Rivero, Julio Figueroa-Romero, Alfredo Cespedes, affirming the sentences and convictions (mr) (Entered: 06/03/1997) |
| 06/30/1997 | 549 | JUDGMENT OF USCA (certified copy),issued as Informal Mandate , as to Alfredo Cespedes Re: [539-1] appeal affirming judgment/order Alfredo Cespedes (4) count(s) 1 (mr) (Entered: 07/01/1997) |
| 07/09/1997 | | Record on Appeal as to Jose A. Rivero, Julio Figueroa-Romero, Alfredo Cespedes returned from U.S. Court of Appeals: [486-1] appeal, [485-1] appeal, [481-1] appeal (mr) (Entered: 07/11/1997) |
| 11/20/1997 | | Further Record on Appeal as to Jose A. Rivero, Julio Figueroa-Romero, Alfredo Cespedes returned from U.S. Court of Appeals: [486-1] appeal, [485-1] appeal, [481-1] appeal (mr) (Entered: 11/21/1997) |
| 06/01/1998 | | **Setting Judge flag. (ni) (Entered: 06/01/1998) |
| 07/01/1998 | | Dockets #259, 283 and 455 were unsealed as per order entered on Misc. 98-069(PG) (mr) Modified on 07/01/1998 (Entered: 07/01/1998) |
| 07/14/1998 | 559 | MOTION by Alfredo Cespedes to Vacate Sentence under 28 U.S.C. 2255 imposed in Criminal # 94-090 (PG) w/attch. ( Civil Action # 98-1805 (PG)) (ct) (Entered: 07/15/1998) |
| 10/22/1999 | 578 | Judgment dismissing the petition under 28:2255 filed in civil case # 98-1805 as to Alfredo Cespedes (ni) (Entered: 09/26/2000) |
| 09/07/2000 | | Vols #1-4 sent to closed file. (ni) (Entered: 09/07/2000) |
| 10/30/2002 | 610 | MEMORANDUM of the Clerk assigning the case to Mag-Judge Gelpi for R & R re: Mandate received from the US CCA as to Roberto Valdes. (ni) |

| | | (Entered: 10/30/2002) |
|---|---|---|
| 11/04/2002 | | **Set Magistrate Judge GAG flag. (vols 5 and 6) (ni) (Entered: 11/04/2002) |
| 04/18/2003 | | CASE REFERRED TO FEDERAL RECORDS CENTER. ACC.021 - 03-0156 Box 1 (fg) (Entered: 09/11/2003) |
| 08/20/2003 | | CASE REFERRED TO FEDERAL RECORDS CENTER. ACC.021 - 03-0326 Box 2-3 (fg) (Entered: 09/11/2003) |
| 11/03/2008 | 641 | Supervised Release Transferred to SOUTHERN DISTRICT OF FLORIDA as to Alfredo Cespedes. Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet will be forwarded as soon as available. (cm) (Entered: 12/01/2008) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 12/30/2008 13:48:15 | | | |
| PACER Login: | ux2299 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 3:94-cr-00090-PG |
| Billable Pages: | 9 | Cost: | 0.72 |