

# United States District Court
## Southern District of Florida

UNITED STATES OF AMERICA  CASE NUMBER: CR: 09-20005 TP-MORENO
    Plaintiff

VS.  REPORT COMMENCING CRIMINAL ACTION

ALFREDO CESPEDES  47886-004
    Defendant  USMS NUMBER

TO: CLERK'S OFFICE  (MIAMI)  FT. LAUDERDALE  W. PALM BEACH
U.S. DISTRICT COURT  (CIRCLE ONE)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE

COMPLETE ALL ITEMS. INFORMATION THAT IS NOT APPLICALBE, MARK N/A

(1) DATE AND TIME OF ARREST: June 27, 2011  A.M. ___ 1030 P.M. ___

(2) LANGUAGE SPOKEN: ENGLISH/SPANISH

(3) OFFENSE CHARGED: PROBATION VIOLATION

(4) DATE OF BIRTH: 1-24-1961

(5) TYPE OF CHARGING DOCUMENT:  (CHECK ONE)
   { } INDICTMENT  { } COMPLAINT TO BE FILED/ALREADY FILED
   { } BENCH WARRANT FOR FAILURE TO APPEAR
   {X} PROBATION VIOLATION WARRANT
   { } PAROLE VIOLATION WARRANT
ORIGINAL DISTRICT: ___

(6) REMARKS:

(7) DATE: 6-27-11  (8) ARRESTING OFFICER: USMS

(9) AGENCY: USMS  (10) PHONE: ___

(11) COMMENTS: ___