# COURT MINUTES

**U.S. MAGISTRATE JUDGE** PATRICK A. WHITE - **COURTROOM** No. 3
**DATE:** 06/28/11   **TIME:** 1:30 P.M.   **PAGE:** 1

| | |
|---|---|
| DEFT: ALFREDO CESPEDES (J)#47886-004 | CASE NO: 09-20005-TP-MORENO |
| AUSA: Gera Peoples | ATTY: AFPD - Stewart Abrams |
| AGENT: USMS | VIOL: SUPERVISED RELEASE VIOLATION |
| PROCEEDING: RRC | RECOMMENDED BOND: |
| BOND/PTD CONTESTED HRG - yes / no | CJA APP'T: |
| BOND SET @: | To be cosigned by: |
| | LANGUAGE: ENGLISH |

- ❏ All Standard Conditions.
- ❏ Surrender / or do not obtain passports / travel documents
- ❏ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person
- ❏ Refrain from excessive use of alcohol
- ❏ Participate in a mental health assessment and treatment
- ❏ Random urine testing by Pretrial Services and/or treatment as deemed necessary
- ❏ Not to encumber property.
- ❏ Maintain or seek full - time employment/education.
- ❏ No contact with victims / witnesses.
- ❏ No firearms.
- ❏ May Not visit Transportation Establishments.
- ❏ Travel extended to: _____
- ❏ Home Confinement: Electronic Monitoring and/or Curfew ___, paid by _____.
- ❏ Other _____

Disposition:
- Deft sworn / AFPD appt
- All further proceedings before the District judge

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| REPORT RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE | | | | |

DAR No. 13:45:45   TIME IN COURT: 5 minutes