# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE **FEDERICO A. MORENO** Presiding

Case No. 09-20005-TP-MORENO          Date: July 21, 2011

Clerk: **Shirley Christie**          Reporter: **Gilda Pastor-Hernandez**

USPO: Lisa Acosta          Interpreter: Joelle Haspil/Elena de Jongh

**UNITED STATES OF AMERICA vs.** Alfredo Cespedes

AUSA: John Couriel

Defendant(s) Counsel: Christine O'Connor, AFPD

**Defendant(s):**   Present xxx   Not Present____   In Custody____

Reason for hearing: **Supervised Release Violation Hearing**

Result of hearing: **Supervised Release Violation Hearing was held. The defendant was found guilty of battery. Sentencing is set for August 19, 2011 at 2:30 p.m.**

MISC:_____

TIME: 2 hours/30 minutes