UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-20005-TP-MORENO

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ALFREDO CESPEDES,

Defendant.

_______________________________/

**NOTICE OF FILING**

THE COURT hereby files the attached documents in the above-styled cause.

DONE and ORDERED in Miami-Dade County Florida, this 22nd day of July, 2011.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

All counsel of record

FLORIDA HIGHWAY PATROL - DOMESTIC VIOLENCE CASE # FHPE11OFF016802
PICTURES TAKEN ON 3/27/2011 BY SERGEANT RAY LLORENTE

AO386-C
GOVERNMENT EXHIBIT
CASE NO. 09-20005-TP-FAM
EXHIBIT NO. 1A

BRUISED LEFT EYE

VERTICAL SCRATCH

FLORIDA HIGHWAY PATROL - DOMESTIC VIOLENCE CASE # FHPE11OFF016802
PICTURES TAKEN ON 3/27/2011 BY SERGEANT RAY LLORENTE




SCRATCHES ON RIGHT ARM




BRUISED CHEST

FLORIDA HIGHWAY PATROL - DOMESTIC VIOLENCE CASE # FHPE11OFF016802
PICTURES TAKEN ON 3/27/2011 BY SERGEANT RAY LLORENTE

IMPACT MARKS AROUND THE LEFT EYE

AO386-C
GOVERNMENT EXHIBIT
CASE NO. 09-20005-TP-FAM
EXHIBIT NO. 1E

AO386-C
**GOVERNMENT EXHIBIT**
CASE NO. 09-20005-TP-FAM
EXHIBIT NO. 2

[illegible] Florida Highway Patrol [illegible]

Victim/Witness Statement Form

RT Case [illegible]

Date: 04 [illegible] 201[illegible]

Witness is: [illegible]

Statement [illegible] [illegible] making the following [illegible]

[illegible] occurred [illegible]

[illegible] officer(s) of the Florida Highway Patrol.

I was at the house of [illegible] sister and my ex boyfriend [illegible] was arguing about my girlfriend and the [illegible] [illegible] in the car. We got on [illegible] blocks from exit [illegible] Lauderdale North he started punching my face and kept hurting me against my own will. When I called police from my cell phone he took my fone and threw it out the car and started [illegible] hitting me till I bleed from my nose. When we got to North Miami [illegible] on exit north on I-95 [illegible] where he dropped me of and I had to walk to [illegible] and [illegible] to call for help [illegible] exit Ft Lauderdale he stopped on the [illegible] and [illegible] the exit left [illegible] hand and chest [illegible]

[illegible] continued on back

Under penalties of perjury, I declare that I have read the foregoing statement and that the facts stated in it are true.

[signature]
Signature of [illegible]

[signature]
Signature of [illegible]

[illegible] Witness Statement [illegible]

[illegible]

962

# COMPLAINT/ARREST AFFIDAVIT

COMPLAINT/ARREST AFFIDAVIT - COURT COPY

OBTS NUMBER:

POLICE CASE NO: 2010-00117641

SPECIAL OPERATION: ☐ FELONY ☒ MISD ☐ TRAFFIC ☐ JUV ☒ DV ☐ MOVES ☐ CIV INF ☐ WARRANT FUGITIVE WARRANT ☐ In state ☐ Out of state

JAIL NO: 10-85763

PMHD: ☐ Yes ☒ No ☐ Unknown

COURT CASE NO: B10-55871

IDS NO: | AGENCY CODE: 02 | MUNICIPAL P.D. DEF. ID NO: | MDPD RECORDS AND ID NO: | STUDENT ID NO: | GANG ACTIVITY RELATED ARREST: N | FRAUD RELATED ARREST: N

DEFENDANT'S NAME (LAST FIRST MIDDLE): CESPEDES, JANNIFER, ELENA

ALIAS and / or STREET NAME:

SIGNAL: ☐ 100 ☐ 150 ☐ 200 ☐ 300 ☐ 400 ☐ 500

| DOB (MM/DD/YYYY) | AGE | RACE | SEX | ETHNICITY | HEIGHT | WEIGHT | HAIR COLOR | HAIR LENGTH | HAIR STYLE | EYES | GLASSES | FACIAL HAIR | TEETH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/06/1992 | 18 | H | F | ☒ Hispanic ☐ Not Hispanic CUBAN | 5 2 | 130 | BLK | LNG | PON | BRO | ☐ Yes ☒ No | CLN | NOR |

SCARS TATTOOS UNIQUE PHYSICAL FEATURES (Location Type Description): FACE

PLACE OF BIRTH (City State/Country): MIAMI U.S.A.

LOCAL ADDRESS (Street Apt Number) (City) (State) (Zip): 8109 CRESPI BLVD C MIAMI BEACH , FL 33141-

PHONE:

CITIZENSHIP: USA

PERMANENT ADDRESS (Street, Apt Number) ☐ HOMELESS ☐ UNKNOWN (City) (State/Country) (Zip): 8109 CRESPI BLVD C MIAMI BEACH, FL 33141-

PHONE:

OCCUPATION: UNEMPLOYED

☐ BUSINESS OR ☐ SCHOOL NAME AND ADDRESS (Street) (City) (State/Country) (Zip):

PHONE:

ADDRESS SOURCE ☐ DL ☒ Verbal ☐

DRIVER'S LICENSE NUMBER / STATE: NONE

SOCIAL SECURITY NO:

WEAPON SEIZED? ☐ Yes ☐ No Type: N/A

If Def has Concealed Weapons Permit PERMIT # W:

INDICATION OF Alcohol influence Y ☐ N ☐ UNK ☒; Drug influence Y ☒ N ☐ UNK ☐

ARREST DATE (MM/DD/YYYY): 11/03/2010

ARREST TIME (HHMM): 21:36

ARREST LOCATION (include name of business): 8109 CRESPI BLVD C CITY OF MIAMI BEACH, FL 33141

GRID:

CO-DEFENDANT NAME (Last, First, Middle) 1: DOB (MM/DD/YYYY): ☐ IN CUSTODY ☐ AT LARGE ☐ FELONY ☐ DV ☐ JUVENILE ☐ MISDEMEANOR

CO-DEFENDANT NAME (Last, First, Middle) 2: N/A DOB (MM/DD/YYYY): ☐ IN CUSTODY ☐ AT LARGE ☐ FELONY ☐ DV ☐ JUVENILE ☐ MISDEMEANOR

CO-DEFENDANT NAME (Last, First, Middle) 3: DOB (MM/DD/YYYY): ☐ IN CUSTODY ☐ AT LARGE ☐ FELONY ☐ DV ☐ JUVENILE ☐ MISDEMEANOR

JUV only ☐ Parent ☐ Guardian ☐ Foster Care (Name) (Street Apt Number) (City) (State/Country) (Zip) (Phone) Contacted? ☐ Yes ☐ No

| | CHARGES | CHARGE AS | COUNTS | FL STATUTE NUMBER | VIOL OF SECT | CODE OF | UCR | DV | WARRANT TYPE OR TRAFFIC CITATION |
|---|---|---|---|---|---|---|---|---|---|
| 1 | BATTERY/SIMPLE | ☒ F S ☐ ORD | 1 | 784.03 | | | | X | ☐AC ☐CAPIAS ☐BW ☐FW ☐PW ☐JUV PU ☐AW ☐DVW ☐WRIT CASE #: |
| 2 | | ☐ F S ☐ ORD | | | | | | | ☐AC ☐CAPIAS ☐BW ☐FW ☐PW ☐JUV PU ☐AW ☐DVW ☐WRIT CASE #: |
| 3 | | ☐ F S ☐ ORD | | | | | | | ☐AC ☐CAPIAS ☐BW ☐FW ☐PW ☐JUV PU ☐AW ☐DVW ☐WRIT CASE #: |
| 4 | | ☐ F S ☐ ORD | | | | | | | ☐AC ☐CAPIAS ☐BW ☐FW ☐PW ☐JUV PU ☐AW ☐DVW ☐WRIT CASE #: |

The undersigned certifies and swears that he/she has just and reasonable grounds to believe, and does believe that the above named Defendant committed the following violation of law

On the 3 day of NOVEMBER 20 10 at 20:56 (HHMM) at 8109 CRESPI BLVD C (Location, include name of business) MIAMI BEACH, FL (Narrative be specific)

ON THE ABOVE DATE AND TIME I WAS DISPATCHED TO THE ABOVE LOCATION REFERENCE A DOMESTIC INVOLVING TWO ROOMMATES INVOLVED IN A PHYSICAL ALTERCATION. UPON ARRIVAL THE VICTIM ADVISED THAT THE DEFENDANT JANNIFER CESPEDES AND HERSELF HAVE BEEN IN A RELATIONSHIP AND LIVING TOGETHER FOR SEVEN MONTHS AT THE LISTED RESIDENCE. THE VICTIM STATED THAT ON TODAY'S DATE THE DEFENDANT AND HER HAD SEVERAL FRIENDS OVER THE APARTMENT. VICTIM FURTHER ADVISED THE DEFENDANT BECAME IRATE REFERENCE SHE STATED THAT THE VICTIM WAS NOT PAYING ATTENTION TO HER. ACCORDING TO THE VICTIM, THE DEFENDANT BEGAN YELLING AT HER VERY VIOLENTLY. VICTIM STATED SHE WALKED OUT THE APARTMENT THE DEFENDANT RAN OUTSIDE AFTER HER. VICTIM STATED THE DEFENDANT PULLED HER SHIRT AND PUNCHED HER WITH A CLOSED FIST ON THE CHEST, BACK AND ARM AREA. VICTIM FURTHER STATED THAT THE DEFENDANT BECAME IRATE AFTER INGESTING SEVERAL XANAX PILLS.

HOLD FOR OTHER AGENCY Name: | VERIFIED BY:

☐ HOLD FOR BOND HEARING DO NOT BOND OUT (Officer Must Appear at Bond Hearing)

☐ I understand that should I willfully fail to appear before the court as required by this notice to appear that I may be held in contempt of court and a warrant for my arrest shall be issued. Furthermore, I agree that notice concerning the time, date, and place of all court hearings should be sent to the above address. I agree that it is my responsibility to notify Clerk of the Court (Juveniles notify Juvenile Division) anytime that my address changes

☐ You need not appear in court, but must comply with the instructions on the reverse side hereof

I SWEAR THAT THE ABOVE STATEMENT IS TRUE AND CORRECT

OFFICER'S / COMPLAINANT'S SIGNATURE: [signature]

COURT ID NUMBER/LOC CODE: 993 (02)

SWORN TO AND SUBSCRIBED BEFORE ME THE UNDERSIGNED AUTHORITY THIS DAY OF Nov 04, 2010

Deputy of the Court or Notary Public: [signature]

NAME (Printed): Hevia

AGENCY NAME: MIAMI BEACH

Signature of Defendant / Juvenile and Parent or Guardian:

DEFENDANT'S EXHIBIT A-1

32.02.09-9 Rev 04/08

White Copy

| OBTS NUMBER | COMPLAINT/ARREST AFFIDAVIT CONTINUATION | POLICE CASE NO 2010-00117641 |
|---|---|---|
| JAIL NO 85763 | | COURT CASE NO B10-55071 |
| IDS NO | AGENCY CODE 02 | MUNICIPAL P.D. DEF ID NO | MDPD RECORDS AND ID NO |

DEFENDANT'S NAME (LAST, FIRST, MIDDLE): CESPEDES, JANNIFER ELENA

DOB (MM/DD/YYYY): 07/06/1992

ADDITIONAL CO-DEFENDANT NAME (Last, First, Middle) 4 | DOB (MM/DD/YYYY) | ☐ IN CUSTODY ☐ FELONY ☐ JUVENILE ☐ AT LARGE ☐ DV ☐ MISDEMEANOR

ADDITIONAL CO-DEFENDANT NAME (Last, First, Middle) 5 | DOB (MM/DD/YYYY) | ☐ IN CUSTODY ☐ FELONY ☐ JUVENILE ☐ AT LARGE ☐ DV ☐ MISDEMEANOR

| ADDITIONAL CHARGES | CHARGE AS | COUNTS | FL STATUTE NUMBER | VIOL. OF SECT | CODE OF | UCR | DV | WARRANT TYPE OR TRAFFIC CITATION |
|---|---|---|---|---|---|---|---|---|
| 5 | ☐ F.S ☐ ORD | | | | | | | ☐AC ☐CAPIAS ☐BW ☐FW ☐PW ☐JUV PU ☐AW ☐DVW ☐WRIT CASE # |
| 6 | ☐ F.S ☐ ORD | | | | | | | ☐AC ☐CAPIAS ☐BW ☐FW ☐PW ☐JUV PU ☐AW ☐DVW ☐WRIT CASE # |
| 7 | ☐ F.S ☐ ORD | | | | | | | ☐AC ☐CAPIAS ☐BW ☐FW ☐PW ☐JUV PU ☐AW ☐DVW ☐WRIT CASE # |
| 8 | ☐ F.S ☐ ORD | | | | | | | ☐AC ☐CAPIAS ☐BW ☐FW ☐PW ☐JUV PU ☐AW ☐DVW ☐WRIT CASE # |

FIRE RESCUE WAS REQUESTED, RESCUE #4, INCIDENT # 18884 RESPONDED AND CLEAR THE DEFENDANT ON SCENE. DEFENDANT STATED THAT SHE DID RUN AFTER THE VICTIM AFTER A VERBAL ALTERCATION AT THE APARTMENT. DEFENDANT FURTHER STATED THAT SHE RIPPED THE VICTIM'S SHIRT, HOWEVER SHE STATED THAT SHE DID NOT PUNCH THE VICTIM. VICTIM HAD SEVERAL SCRATCHES ON THE NECK, ARMS AND CHEST AREA. MBPD CRIME SCENE WAS REQUESTED # 831, MOVES WAS PROVIDED. DEFENDANT WAS ARREST AND TRANSPORTED TO D.C.J. VIA MIAMI BEACH P.D.. NO FURTHER.

COMPLAINT/ARREST AFFIDAVIT CONTINUATION - COURT COPY

HOLD FOR OTHER AGENCY Name | VERIFIED BY

☐ HOLD FOR BOND HEARING DO NOT BOND OUT (Officer Must Appear at Bond Hearing)

☐ I understand that should I willfully fail to appear before the court as required by this notice to appear that I may be held in contempt of court and a warrant for my arrest shall be issued. Furthermore, I agree that notice concerning the time, date, and place of all court hearings should be sent to the above address. I agree that it is my responsibility to notify Clerk of the Court (Juvenile Division) anytime that my address changes.

☐ You need not appear in court, but must comply with the instructions on the reverse side hereof.

I SWEAR THAT THE ABOVE STATEMENT IS TRUE AND CORRECT

OFFICER'S / COMPLAINANT'S SIGNATURE | 993 (02) COURT ID NUMBER/LOC. CODE

SWORN TO AND SUBSCRIBED BEFORE ME, THE UNDERSIGNED AUTHORITY THIS 3 DAY OF Nov 2010

Deputy of the Court or Notary Public

Signature of Defendant / Juvenile and Parent or Guardian

Hevia — NAME (Printed) | MIAMI BEACH — AGENCY NAME

32.02.09-B Rev 05/06 White Copy