UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-20005-TP-MORENO

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

ALFREDO CESPEDES.
Reg. No. 47886-004
    Defendant.    /

## JUDGMENT & COMMITMENT UPON VIOLATION OF SUPERVISED RELEASE

On July 21, 2011, the defendant, Alfredo Cespedes, appeared before the Court for a supervised release violation hearing. The defendant was found guilty of battery. A sentencing hearing was held on August 19, 2011. Therefore, it is

**ORDERED AND ADJUDGED** that the supervised release heretofore imposed by the Court be and the same is hereby **_REVOKED._** It is further

**ORDERED AND ADJUDGED** that the defendant is hereby committed to the custody of the United States Bureau of Prisons to be **imprisoned** for a period of **26 months.** No further supervision to follow.

**DONE AND ORDERED** in Open Court at Miami, Dade County, Florida this 19th day of August, 2011 and signed this _22_ day of August, 2011.

                                                FEDERICO A. MORENO
                                              UNITED STATES DISTRICT JUDGE

Copies furnished to:

All counsel of record
U.S. Marshal (1 certified copy)
USPO Lisa Acosta